**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ) | |
| ) | **Case No. 17-10169-TPA** |
| **Matthew J. Cook,** ) | |
| ) | |
| And ) | |
| ) | **Chapter 13** |
| **Allyson M. Cook,** ) | |
| ) | **Document No. \_\_\_\_** |
| ) | |
| ) | |
| **Debtors.** ) | |
| ) | |

## CONSENT ORDER APPROVING REMAINDER OF ATTORNEY FEES

AND NOW, this _____ day of _____, 2022, upon consent of the Debtors' Counsel and the Chapter 13 Trustee, as evidenced by signatures of counsel as set forth below, said agreement being the result of discussions held between the parties, as the instant case is scheduled to successfully complete and imminently close.

AND NOW, the parties aver that case is in month 60 of a 60-month confirmed plan term and the plan base has been met.

AND NOW, the parties' consent that the most recent confirmed plan in this case ear-marked one thousand dollars ($1,500.00) in additional attorney fees over and above the previous "no-look" fee of four thousand dollars ($4,000).

AND NOW, counsel for the Debtors verifies that time and fees in the case are at least five thousand dollars ($5,500.00) total.

AND NOW, the parties aver that there are sufficient funds on hand with the Chapter 13 Trustee to immediately pay Debtors' Counsel the monies due.

It is ORDERED that the Chapter 13 Trustee is authorized to disburse the one thousand dollars ($1,500.00) on hand for earned attorney fees, absent a formal fee application.

It is also ORDERED that Debtors' Counsel shall IMMEDIATELY serve a copy of this order on all creditors on the Matrix and the Debtors.

BY THE COURT:

_____
Thomas P. Agresti
U.S. BANKRUPTCY JUDGE

Consented to:

*/s/Daniel P. Foster*　　　　　　　　　*/s/ Ronda Winnecour*
Daniel P. Foster　　　　　　　　　　　Ronda Winnecour
Attorney for Debtor　　　　　　　　　Chapter 13 Trustee