FILED
2/9/22 2:54 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | **Case No. 17-10169-TPA** |
| **Matthew J. Cook,** | ) | |
| | ) | |
| **And** | ) | |
| | ) | **Chapter 13** |
| **Allyson M. Cook,** | ) | |
| | ) | **Related Document No. 83** |
| | ) | |
| | ) | |
| **Debtors.** | ) | |
| | ) | |

**<u>CONSENT ORDER APPROVING REMAINDER OF ATTORNEY FEES</u>**

AND NOW, this 9th day of February, 2022, upon consent of the Debtors' Counsel and the Chapter 13 Trustee, as evidenced by signatures of counsel as set forth below, said agreement being the result of discussions held between the parties, as the instant case is scheduled to successfully complete and imminently close.

AND NOW, the parties aver that case is in month 60 of a 60-month confirmed plan term and the plan base has been met.

AND NOW, the parties' consent that the most recent confirmed plan in this case ear-marked one thousand dollars ($1,500.00) in additional attorney fees over and above the previous "no-look" fee of four thousand dollars ($4,000).

AND NOW, counsel for the Debtors verifies that time and fees in the case are at least five thousand dollars ($5,500.00) total.

AND NOW, the parties aver that there are sufficient funds on hand with the Chapter 13 Trustee to immediately pay Debtors' Counsel the monies due.

It is ORDERED that the Chapter 13 Trustee is authorized to disburse the one thousand dollars ($1,500.00) on hand for earned attorney fees, absent a formal fee application.

It is also ORDERED that Debtors' Counsel shall IMMEDIATELY serve a copy of this order on all creditors on the Matrix and the Debtors.

BY THE COURT:

asg

Thomas P. Agresti
U.S. BANKRUPTCY JUDGE

Consented to:

*/s/Daniel P. Foster*
Daniel P. Foster
Attorney for Debtor

*/s/ Ronda Winnecour*
Ronda Winnecour
Chapter 13 Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Matthew J. Cook
Allyson M. Cook
Debtors

Case No. 17-10169-TPA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1 User: auto Page 1 of 2
Date Rcvd: Feb 09, 2022 Form ID: pdf900 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Matthew J. Cook, Allyson M. Cook, 310 Fox Street, Franklin, PA 16323-2808 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2022 Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel P. Foster | on behalf of Debtor Matthew J. Cook dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Joint Debtor Allyson M. Cook dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Jerome B. Blank | on behalf of Creditor PennyMac Loan Services LLC pawb@fedphe.com |
| Maria Miksich | on behalf of Creditor PennyMac Loan Services LLC mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

Certificate of Notice Page 4 of 4

District/off: 0315-1 User: auto Page 2 of 2
Date Rcvd: Feb 09, 2022 Form ID: pdf900 Total Noticed: 1

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

TOTAL: 6