IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
4/8/22 10:21 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 17-10169-TPA |
| | : | | |
| Matthew J. Cook | : | Chapter: | 13 |
| Allyson M. Cook | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 4/6/2022 |
| | : | Time: | 10:00 |

## PROCEEDING MEMO

**MATTER**  #86 Motion to Dismiss Case
  #89 Resp. by Debtor

**APPEARANCES:**
  Debtor: Daniel P. Foster
  Trustee: Ronda J. Winnecour

**NOTES:**

Foster:  We only need about 2 months to complete. The wage attachment should cure it.

Winnecour:  $2,358.15 is needed, resume long term debt as of May, 2022.

**OUTCOME:**  Case is not dismissed. Continued to July 27, 2022 at 10:00am. MOE

*/s/ Ronda J. Winnecour*
asg