UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>  MATTHEW J COOK<br>ALLYSON M COOK<br>      Debtor(s)<br> Ronda J. Winnecour, Trustee<br>   Movant<br>    vs.<br>MATTHEW J COOK<br>ALLYSON M COOK<br><br>    Respondents | Case No.17-10169TPA<br><br><br><br>Chapter 13<br><br><br>Document No. 93 | FILED<br>5/23/22 1:03 pm<br>CLERK<br>U.S. BANKRUPTCY<br>COURT - WDPA |

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this __23rd__ day of __May__, 20__22__, it is hereby ORDERED, ADJUDGED, and DECREED that

Upmc Northwest
Attn: Payroll Manager
100 Fairfield Dr
Seneca, PA 16346

is hereby ordered to immediately terminate the attachment of the wages of ALLYSON M COOK, social security number

XXX-XX-3211. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of ALLYSON M COOK

FURTHER ORDERED:

cc: Debtor(s)
    Debtor(s) Attorney
    Chapter 13 Trustee

BY THE COURT:

_____dak_____
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                 Case No. 17-10169-TPA
Matthew J. Cook                                                    Chapter 13
Allyson M. Cook
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1                              User: auto                                      Page 1 of 2
Date Rcvd: May 23, 2022                      Form ID: pdf900                         Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**        **Definition**

\+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 25, 2022:**

**Recip ID**               **Recipient Name and Address**
db/jdb                 + Matthew J. Cook, Allyson M. Cook, 310 Fox Street, Franklin, PA 16323-2808

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2022                              Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2022 at the address(es) listed below:

**Name**                      **Email Address**

Brian Nicholas
                         on behalf of Creditor PennyMac Loan Services  LLC bnicholas@kmllawgroup.com

Daniel P. Foster
                         on behalf of Debtor Matthew J. Cook dan@mrdebtbuster.com
                         katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Daniel P. Foster
                         on behalf of Joint Debtor Allyson M. Cook dan@mrdebtbuster.com
                         katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Jerome B. Blank
                         on behalf of Creditor PennyMac Loan Services  LLC pawb@fedphe.com

Maria Miksich
                         on behalf of Creditor PennyMac Loan Services  LLC mmiksich@kmllawgroup.com

District/off: 0315-1 | User: auto | Page 2 of 2
Date Rcvd: May 23, 2022 | Form ID: pdf900 | Total Noticed: 1

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 7