Certificate Number: 03088-PAW-DE-036618476

Bankruptcy Case Number: 17-10169



03088-PAW-DE-036618476

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 15, 2022, at 10:39 o'clock AM CDT, Matthew J Cook completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:  June 15, 2022

By:  /s/Doug Tonne

Name:  Doug Tonne

Title:  Counselor