Form 300a

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Matthew J. Cook** | : | Case No. 17−10169−TPA |
| **Allyson M. Cook** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 105 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 9/14/22 at 12:00 PM |
| *Respondent(s).* | : | |
| | : | |
| | : | |

**ORDER SCHEDULING DATE FOR RESPONSE**
**AND HEARING ON MOTION**

*AND NOW,* this *The 27th of June, 2022*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 105 , by the Chapter 13 Trustee

It is hereby **ORDERED, ADJUDGED and DECREED** that:

(1) **On or before August 11, 2022**, any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

(2) This *Motion* is scheduled for hearing on ***September 14, 2022 at 12:00 PM*** in https://www.zoomgov.com/j/16021303488, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Agresti's Amended Procedures effective 6/10/20 on the Court's Website.

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.*** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

(4) If either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* are not timely filed, once the Motion is approved, *without further notice or hearing, the case is SUBJECT TO CLOSURE WITHOUT A DISCHARGE.*

Thomas P. Agresti, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-10169-TPA |
| Matthew J. Cook | Chapter 13 |
| Allyson M. Cook | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 3 |
| Date Rcvd: Jun 27, 2022 | Form ID: 300a | Total Noticed: 38 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Matthew J. Cook, Allyson M. Cook, 310 Fox Street, Franklin, PA 16323-2808 |
| 14386475 | + | Elizur Corporation, 9800 McKnight Road, #124b, Pittsburgh, PA 15237-6004 |
| 14368303 | | Jonestown Bank And Trust, 1725 Route 72 North, Lebanon, PA 17042 |
| 14386477 | + | Northwest Savings Bank, Attn: Colleen Lamberto, Po Box 337, Warren, PA 16365-0337 |
| 14386478 | + | Progressive Financial Services Inc, PO Box 22083, Tempe, AZ 85285-2083 |
| 14386479 | + | Transworld Systems Inc, 300 Cedar Ridge Drive, Suite 307, Pittsburgh, PA 15205-1159 |
| 14661935 | | UPMC Northwest, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14368308 | + | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 27 2022 23:50:53 | Exeter Finance LLC, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 27 2022 23:51:03 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14373775 | | Email/Text: ally@ebn.phinsolutions.com | Jun 27 2022 23:48:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14368293 | + | Email/Text: ally@ebn.phinsolutions.com | Jun 27 2022 23:48:00 | Ally Financial, Po Box 380901, Bloomington, MN 55438-0901 |
| 14368294 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 27 2022 23:48:00 | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 14641273 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jun 27 2022 23:48:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14368295 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 27 2022 23:51:11 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14368296 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 27 2022 23:51:11 | Capital One / Best Buy, PO Box 30258, Salt Lake City, UT 84130-0258 |
| 14406191 | | Email/PDF: bncnotices@becket-lee.com | Jun 27 2022 23:50:53 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14368298 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 27 2022 23:51:12 | Citibank / Sears, Citicorp Credit Services, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14368299 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 27 2022 23:48:00 | Comenity Bank / Lane Bryant, Po Box 182125, Columbus, OH 43218-2125 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14386474 | | Email/Text: G06041@att.com | Jun 27 2022 23:48:00 | DirecTV LLC, Attn: Bankruptcies, PO Box 6550, Englewood, CO 80155 |
| 14368300 | + | Email/PDF: pa_dc_ed@navient.com | Jun 27 2022 23:51:02 | Department Of Education / Navient, Attn: Claims Dept, PO Box 9635, Wilkes Barr, PA 18773-9635 |
| 14376786 | | Email/Text: mrdiscen@discover.com | Jun 27 2022 23:48:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14368301 | + | Email/Text: mrdiscen@discover.com | Jun 27 2022 23:48:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14368302 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Jun 27 2022 23:48:00 | First National Bank of PA, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 14368297 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 27 2022 23:51:02 | Chase Card, Attn: Correspondence, Po Box 15298, Wilmington, DE 19850 |
| 14368304 | + | Email/Text: PBNCNotifications@peritusservices.com | Jun 27 2022 23:48:00 | Kohls / Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14649161 | | Email/PDF: pa_dc_ed@navient.com | Jun 27 2022 23:50:53 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14386476 | + | Email/Text: ngisupport@radiusgs.com | Jun 27 2022 23:48:00 | Northland Group, Inc., PO Box 390846, Minneapolis, MN 55439-0846 |
| 14740619 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 27 2022 23:50:53 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14663688 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 27 2022 23:51:11 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14368305 | + | Email/Text: bankruptcynotices@psecu.com | Jun 27 2022 23:49:00 | PSECU, PO Box 67013, Harrisburg, PA 17106-7013 |
| 14370026 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 27 2022 23:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14368306 | | Email/PDF: ebnotices@pnmac.com | Jun 27 2022 23:51:03 | Pennymac Loan Services, Attn: Bankruptcy, Po Box 514357, Los Angeles, CA 90051 |
| 14632621 | + | Email/PDF: ebnotices@pnmac.com | Jun 27 2022 23:51:12 | Pennymac Loan Services, LLC, 6101 Condor Drive Suite 200, Moonpark, CA 93021-2602 |
| 14386480 | ^ | MEBN | Jun 27 2022 23:44:45 | UPMC Health Services, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 14386481 | + | Email/Text: BankruptcyNotice@upmc.edu | Jun 27 2022 23:49:00 | UPMC Northwest, 2 Hot Metal Street, Quantum One Building, 3rd Floor, Pittsburgh, PA 15203-2348 |
| 14637951 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 27 2022 23:51:03 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14386482 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jun 27 2022 23:48:00 | Verizon, Bankruptcy Dept, 500 Technology Drive, Suite 550, Saint Charles, MO 63304-2225 |
| 14368308 | + | Email/PDF: Bankruptcynoticesauto@wellsfargo.com | Jun 28 2022 12:45:15 | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PennyMac Loan Services, LLC |
| 14368307 | ##+ | Vnb / Loan Services, Po Box 1015, Spring Valley, NY 10977-0815 |

TOTAL: 1 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 29, 2022     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PennyMac Loan Services LLC bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Joint Debtor Allyson M. Cook dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Debtor Matthew J. Cook dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Denise Carlon | on behalf of Creditor PennyMac Loan Services LLC dcarlon@kmllawgroup.com |
| Jerome B. Blank | on behalf of Creditor PennyMac Loan Services LLC pawb@fedphe.com |
| Maria Miksich | on behalf of Creditor PennyMac Loan Services LLC mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 8