**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>MATTHEW J COOK<br>ALLYSON M COOK<br>　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>　　　　Movant<br>　　vs.<br>No Respondents. | Case No.:17-10169 TPA<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

June 27, 2022

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 02/21/2017 and confirmed on 5/15/17 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 89,146.16 |
| Less Refunds to Debtor | 3,102.60 | |
| TOTAL AMOUNT OF PLAN FUND | | 86,043.56 |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 5,000.00 | |
| Trustee Fee | 3,938.12 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,938.12 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| PENNYMAC LOAN SERVICES LLC<br>Acct: 8166 | 0.00 | 35,138.28 | 0.00 | 35,138.28 |
| PENNYMAC LOAN SERVICES LLC<br>Acct: 8166 | 1,837.24 | 1,837.24 | 0.00 | 1,837.24 |
| PRA RECEIVABLES MANAGEMENT LLC - /<br>Acct: 8138 | 15,462.22 | 15,462.22 | 2,513.64 | 17,975.86 |
| FIRST NATIONAL BANK OF PA(*)<br>Acct: 6365 | 8,906.96 | 8,906.96 | 2,053.14 | 10,960.10 |
| | | | | 65,911.48 |
| **Priority** | | | | |
| DANIEL P FOSTER ESQ**<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| MATTHEW J COOK<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| MATTHEW J COOK<br>Acct: | 3,102.60 | 3,102.60 | 0.00 | 0.00 |
| FOSTER LAW OFFICES**<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| DANIEL P FOSTER ESQ**<br>Acct: | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
| DANIEL P FOSTER ESQ**<br>Acct: | 1,500.00 | 1,500.00 | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE*<br>Acct: 8083 | 383.29 | 383.29 | 0.00 | 383.29 |
| EXETER FINANCE CORP**<br>Acct: | 0.00 | 7,250.88 | 0.00 | 7,250.88 |
| | | | | 7,634.17 |
| **Unsecured** | | | | |
| BANK OF AMERICA NA**<br>Acct: 0114 | 5,098.80 | 189.62 | 0.00 | 189.62 |
| BANK OF AMERICA NA**<br>Acct: 0616 | 3,388.21 | 126.01 | 0.00 | 126.01 |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 2,018.21 | 75.06 | 0.00 | 75.06 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 8251 | | | | |
|     PORTFOLIO RECOVERY ASSOCIATES, LL | 295.93 | 11.01 | 0.00 | 11.01 |
| Acct: 5668 | | | | |
|     PORTFOLIO RECOVERY ASSOCIATES, LL | 611.71 | 22.75 | 0.00 | 22.75 |
| Acct: 7223 | | | | |
|     JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6711 | | | | |
|     NAVIENT SOLUTIONS LLC O/B/O THE DEF | 61,013.49 | 2,269.09 | 0.00 | 2,269.09 |
| Acct: 3211 | | | | |
|     DIRECTV (*) - TRUSTEE PAYMENTS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6377 | | | | |
|     DISCOVER BANK(*) | 8,430.35 | 313.52 | 0.00 | 313.52 |
| Acct: 3056 | | | | |
|     CAPITAL ONE NA** | 857.83 | 31.90 | 0.00 | 31.90 |
| Acct: 3488 | | | | |
|     NORTHLAND GROUP INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5739 | | | | |
|     NORTHWEST SAVINGS BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|     PA STATE EMPLOYEES CU/PSECU | 8,713.98 | 324.07 | 0.00 | 324.07 |
| Acct: 3211 | | | | |
|     UPMC NORTHWEST | 683.67 | 25.43 | 0.00 | 25.43 |
| Acct: 8083 | | | | |
|     UPMC HEALTH SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4107 | | | | |
|     VERIZON BY AMERICAN INFOSOURCE LP | 227.49 | 8.46 | 0.00 | 8.46 |
| Acct: 5805 | | | | |
|     PA DEPARTMENT OF REVENUE* | 56.25 | 2.09 | 0.00 | 2.09 |
| Acct: 8083 | | | | |
|     FIRST NATIONAL BANK OF PA(*) | 4,323.32 | 160.78 | 0.00 | 160.78 |
| Acct: 6365 | | | | |
|     PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|     AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|     KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|     ELIZUR CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|     UPMC NORTHWEST++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 3,559.79 |

TOTAL PAID TO CREDITORS                                                                                    77,105.44

```
TOTAL CLAIMED
    PRIORITY            383.29
    SECURED          26,206.42
    UNSECURED        95,719.24
```

Date: 06/27/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    MATTHEW J COOK
    ALLYSON M COOK
         Debtor(s)

Ronda J. Winnecour
       Movant
      vs.
No Repondents.

Case No.:17-10169 TPA

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:   Case No. 17-10169-TPA
Matthew J. Cook   Chapter 13
Allyson M. Cook
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1   User: auto   Page 1 of 3
Date Rcvd: Jun 28, 2022   Form ID: pdf900   Total Noticed: 38

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#\#      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Matthew J. Cook, Allyson M. Cook, 310 Fox Street, Franklin, PA 16323-2808 |
| 14386475 | + | Elizur Corporation, 9800 McKnight Road, #124b, Pittsburgh, PA 15237-6004 |
| 14368303 | | Jonestown Bank And Trust, 1725 Route 72 North, Lebanon, PA 17042 |
| 14386477 | + | Northwest Savings Bank, Attn: Colleen Lamberto, Po Box 337, Warren, PA 16365-0337 |
| 14386478 | + | Progressive Financial Services Inc, PO Box 22083, Tempe, AZ 85285-2083 |
| 14386479 | + | Transworld Systems Inc, 300 Cedar Ridge Drive, Suite 307, Pittsburgh, PA 15205-1159 |
| 14661935 | | UPMC Northwest, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14368308 | + | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 29 2022 00:08:16 | Exeter Finance LLC, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 29 2022 00:07:51 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14373775 | | Email/Text: ally@ebn.phinsolutions.com | Jun 29 2022 00:08:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14368293 | + | Email/Text: ally@ebn.phinsolutions.com | Jun 29 2022 00:08:00 | Ally Financial, Po Box 380901, Bloomington, MN 55438-0901 |
| 14368294 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 29 2022 00:08:00 | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 14641273 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jun 29 2022 00:09:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14368295 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 29 2022 00:07:59 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14368296 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 29 2022 00:08:15 | Capital One / Best Buy, PO Box 30258, Salt Lake City, UT 84130-0258 |
| 14406191 | | Email/PDF: bncnotices@becket-lee.com | Jun 29 2022 00:08:06 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14368298 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 29 2022 00:18:39 | Citibank / Sears, Citicorp Credit Services, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14368299 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 29 2022 00:09:00 | Comenity Bank / Lane Bryant, Po Box 182125, Columbus, OH 43218-2125 |

Case 17-10169-TPA   Doc 109   Filed 06/30/22   Entered 07/01/22 00:28:55   Desc
Imaged Certificate of Notice   Page 7 of 8

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 28, 2022 | Form ID: pdf900 | Total Noticed: 38 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14386474 | | Email/Text: G06041@att.com | Jun 29 2022 00:09:00 | DirecTV LLC, Attn: Bankruptcies, PO Box 6550, Englewood, CO 80155 |
| 14368300 | + | Email/PDF: pa_dc_ed@navient.com | Jun 29 2022 00:08:02 | Department Of Education / Navient, Attn: Claims Dept, PO Box 9635, Wilkes Barr, PA 18773-9635 |
| 14376786 | | Email/Text: mrdiscen@discover.com | Jun 29 2022 00:08:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14368301 | + | Email/Text: mrdiscen@discover.com | Jun 29 2022 00:08:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14368302 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Jun 29 2022 00:08:00 | First National Bank of PA, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 14368297 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 29 2022 00:07:44 | Chase Card, Attn: Correspondence, Po Box 15298, Wilmington, DE 19850 |
| 14368304 | + | Email/Text: PBNCNotifications@peritusservices.com | Jun 29 2022 00:08:00 | Kohls / Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14649161 | | Email/PDF: pa_dc_ed@navient.com | Jun 29 2022 00:07:49 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14386476 | + | Email/Text: ngisupport@radiusgs.com | Jun 29 2022 00:08:00 | Northland Group, Inc., PO Box 390846, Minneapolis, MN 55439-0846 |
| 14740619 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 29 2022 00:08:18 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14663688 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 29 2022 00:08:18 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14368305 | + | Email/Text: bankruptcynotices@psecu.com | Jun 29 2022 00:09:00 | PSECU, PO Box 67013, Harrisburg, PA 17106-7013 |
| 14370026 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 29 2022 00:09:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14368306 | | Email/PDF: ebnotices@pnmac.com | Jun 29 2022 00:18:33 | Pennymac Loan Services, Attn: Bankruptcy, Po Box 514357, Los Angeles, CA 90051 |
| 14632621 | + | Email/PDF: ebnotices@pnmac.com | Jun 29 2022 00:18:33 | Pennymac Loan Services, LLC, 6101 Condor Drive Suite 200, Moonpark, CA 93021-2602 |
| 14386480 | ^ | MEBN | Jun 29 2022 00:04:55 | UPMC Health Services, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 14386481 | + | Email/Text: BankruptcyNotice@upmc.edu | Jun 29 2022 00:09:00 | UPMC Northwest, 2 Hot Metal Street, Quantum One Building, 3rd Floor, Pittsburgh, PA 15203-2348 |
| 14637951 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 29 2022 00:08:19 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14386482 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jun 29 2022 00:08:00 | Verizon, Bankruptcy Dept, 500 Technology Drive, Suite 550, Saint Charles, MO 63304-2225 |
| 14368308 | + | Email/PDF: Bankruptcynoticesauto@wellsfargo.com | Jun 29 2022 12:04:26 | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |

TOTAL: 31

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PennyMac Loan Services, LLC |
| 14368307 | ##+ | Vnb / Loan Services, Po Box 1015, Spring Valley, NY 10977-0815 |

| District/off: 0315-1 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 28, 2022 | Form ID: pdf900 | Total Noticed: 38 |

TOTAL: 1 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2022        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PennyMac Loan Services  LLC bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Joint Debtor Allyson M. Cook dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Debtor Matthew J. Cook dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Denise Carlon | on behalf of Creditor PennyMac Loan Services  LLC dcarlon@kmllawgroup.com |
| Jerome B. Blank | on behalf of Creditor PennyMac Loan Services  LLC pawb@fedphe.com |
| Maria Miksich | on behalf of Creditor PennyMac Loan Services  LLC mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 8