IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
8/26/22 11:20 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
MATTHEW J COOK
ALLYSON M COOK
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:17-10169 TPA

Chapter 13

Document No.: 105

ORDER OF COURT

AND NOW, this \_\_\_\_26th\_\_\_\_ day of \_\_\_\_August\_\_\_\_, 2022\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

U.S. BANKRUPTCY JUDGE    jlm

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-10169-TPA |
| Matthew J. Cook | Chapter 13 |
| Allyson M. Cook | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 3 |
| Date Rcvd: Aug 26, 2022 | Form ID: pdf900 | Total Noticed: 38 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Matthew J. Cook, Allyson M. Cook, 310 Fox Street, Franklin, PA 16323-2808 |
| 14386475 | + | Elizur Corporation, 9800 McKnight Road, #124b, Pittsburgh, PA 15237-6004 |
| 14368303 | | Jonestown Bank And Trust, 1725 Route 72 North, Lebanon, PA 17042 |
| 14386477 | + | Northwest Savings Bank, Attn: Colleen Lamberto, Po Box 337, Warren, PA 16365-0337 |
| 14386478 | + | Progressive Financial Services Inc, PO Box 22083, Tempe, AZ 85285-2083 |
| 14386479 | + | Transworld Systems Inc, 300 Cedar Ridge Drive, Suite 307, Pittsburgh, PA 15205-1159 |
| 14661935 | | UPMC Northwest, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 27 2022 00:00:31 | Exeter Finance LLC, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 27 2022 00:00:44 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14373775 | | Email/Text: ally@ebn.phinsolutions.com | Aug 26 2022 23:56:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14368293 | + | Email/Text: ally@ebn.phinsolutions.com | Aug 26 2022 23:56:00 | Ally Financial, Po Box 380901, Bloomington, MN 55438-0901 |
| 14368294 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 26 2022 23:56:00 | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 14641273 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Aug 26 2022 23:56:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14368295 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 27 2022 00:00:43 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14368296 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 27 2022 00:00:36 | Capital One / Best Buy, PO Box 30258, Salt Lake City, UT 84130-0258 |
| 14406191 | | Email/PDF: bncnotices@becket-lee.com | Aug 27 2022 00:00:32 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14368298 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 27 2022 00:00:46 | Citibank / Sears, Citicorp Credit Services, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14368299 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 26 2022 23:56:00 | Comenity Bank / Lane Bryant, Po Box 182125, Columbus, OH 43218-2125 |
| 14386474 | | Email/Text: G06041@att.com | | |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Aug 26 2022 23:57:00 | DirecTV LLC, Attn: Bankruptcies, PO Box 6550, Englewood, CO 80155 |
| 14368300 | + | Email/PDF: pa_dc_ed@navient.com | Aug 27 2022 00:00:37 | Department Of Education / Navient, Attn: Claims Dept, PO Box 9635, Wilkes Barr, PA 18773-9635 |
| 14376786 | | Email/Text: mrdiscen@discover.com | Aug 26 2022 23:56:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14368301 | + | Email/Text: mrdiscen@discover.com | Aug 26 2022 23:56:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14368302 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Aug 26 2022 23:56:00 | First National Bank of PA, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 14368297 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 27 2022 00:00:36 | Chase Card, Attn: Correspondence, Po Box 15298, Wilmington, DE 19850 |
| 14368304 | + | Email/Text: PBNCNotifications@peritusservices.com | Aug 26 2022 23:56:00 | Kohls / Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14649161 | | Email/PDF: pa_dc_ed@navient.com | Aug 27 2022 00:00:37 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14386476 | + | Email/Text: ngisupport@radiusgs.com | Aug 26 2022 23:56:00 | Northland Group, Inc., PO Box 390846, Minneapolis, MN 55439-0846 |
| 14740619 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 27 2022 00:00:32 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14663688 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 27 2022 00:00:37 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14368305 | + | Email/Text: bankruptcynotices@psecu.com | Aug 26 2022 23:57:00 | PSECU, PO Box 67013, Harrisburg, PA 17106-7013 |
| 14370026 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 26 2022 23:56:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14368306 | | Email/PDF: ebnotices@pnmac.com | Aug 27 2022 00:00:40 | Pennymac Loan Services, Attn: Bankruptcy, Po Box 514357, Los Angeles, CA 90051 |
| 14632621 | + | Email/PDF: ebnotices@pnmac.com | Aug 27 2022 00:00:32 | Pennymac Loan Services, LLC, 6101 Condor Drive Suite 200, Moonpark, CA 93021-2602 |
| 14386480 | ^ | MEBN | Aug 26 2022 23:53:08 | UPMC Health Services, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 14386481 | + | Email/Text: BankruptcyNotice@upmc.edu | Aug 26 2022 23:57:00 | UPMC Northwest, 2 Hot Metal Street, Quantum One Building, 3rd Floor, Pittsburgh, PA 15203-2348 |
| 14637951 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 27 2022 00:00:31 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14386482 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Aug 26 2022 23:56:00 | Verizon, Bankruptcy Dept, 500 Technology Drive, Suite 550, Saint Charles, MO 63304-2225 |
| 14368308 | + | Email/PDF: Bankruptcynoticesauto@wellsfargo.com | Aug 27 2022 00:11:01 | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PennyMac Loan Services, LLC |
| 14368307 | ##+ | Vnb / Loan Services, Po Box 1015, Spring Valley, NY 10977-0815 |

District/off: 0315-1 User: auto Page 3 of 3
Date Rcvd: Aug 26, 2022 Form ID: pdf900 Total Noticed: 38

TOTAL: 1 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2022    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PennyMac Loan Services  LLC bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Joint Debtor Allyson M. Cook dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Debtor Matthew J. Cook dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Denise Carlon | on behalf of Creditor PennyMac Loan Services  LLC dcarlon@kmllawgroup.com |
| Jerome B. Blank | on behalf of Creditor PennyMac Loan Services  LLC pawb@fedphe.com |
| Maria Miksich | on behalf of Creditor PennyMac Loan Services  LLC mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 8