**Fill in this information to identify the case:**

Debtor 1    MATTHEW J. COOK

Debtor 2    ALLYSON M. COOK
(Spouse, if filing)

United States Bankruptcy Court for the:    WESTERN    District of  PA
(State)

Case Number    17-10169 TPA

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

Name of creditor:   PENNYMAC LOAN SERVICES, LLC

Court claim no. (if known):    6

**Last 4 digits** of any number you use to identify the debtor's account:    8166

**Date of payment change:** 04/01/2020
Must be at least 21 days after date of this notice

**New total payment:**
Principal, interest, and escrow, if any    $564.01

---

| **Part 1:** | **Escrow Account Payment Adjustment** |
|---|---|

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment:  $163.56        New escrow payment: $162.93

| **Part 2:** | **Mortgage Payment Adjustment** |
|---|---|

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not Attached, explain why: _____

   Current interest rate: _____%        New interest rate: _____%

   Current principal and interest payment: _____    New principal and interest payment: _____

| **Part 3:** | **Other Payment Change** |
|---|---|

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: _____    New mortgage payment: _____

## Part 4:    Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

**X**  /s/ Jerome Blank, Esquire
Signature

Date    March 4, 2020

Print:    Jerome Blank, Esq., Id. No.49736
First Name    Middle Name    Last Name

Title    Attorney

Company    Phelan Hallinan Diamond & Jones, LLP

Address    1617 JFK Boulevard, Suite 1400

Philadelphia, PA 19103

Contact Phone    215-563-7000

Email    jerome.blank@phelanhallinan.com